| | |
|---|---|
| 1 | Alan Harris (SBN 146079) |
| 2 | HARRIS & RUBLE<br>655 North Central Avenue |
| 3 | Glendale, California 91203<br>Telephone: 323.962.3777 |
| 4 | Facsimile: 323.962.3004<br>aharris@harrisandruble.com |
| 5 | Attorney for Plaintiff |
| 6 | *Caption continued on other page.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D. PRICE, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>     v.<br><br>AUTOZONE, INC., a Nevada Corporation, AUTOZONE, INC., a Delaware Corporation, AUTOZONERS, LLC, a Nevada Limited Liability Company, AUTOZONE WEST, INC., a Delaware Corporation, and DOES 1–100, inclusive,<br><br>          Defendant. | Case No.  15-cv-04946-CRB<br><br>*Assigned to Hon. Charles R. Breyer*<br><br>**[PROPOSED]** **ORDER GRANTING REQUEST FOR CONTINUANCE OF HEARING DATES**<br><br>*Complaint Filed August 21, 2015 (Removed September 30, 2015)*<br><br>Courtroom: 6<br>Date: January 22, 2016<br>Time: 10 a.m. |

[PROPOSED] ORDER GRANTING REQUEST FOR CONTINUANCE OF HEARING DATES

1

2  Michael Hoffman, Bar No. 162496
   Amy C. Hirsh, Bar No. 246533
3  ARENA HOFFMAN LLP
   44 Montgomery Street, Suite 3520
4  San Francisco, CA 94104
   Telephone: 415.433.1414
5  Facsimile: 415.520.0446
   Email: mhoffman@arenahoffman.com
6
   Attorneys for Defendants
7  AUTOZONE, INC.; AUTOZONERS LLC;
   and AUTOZONE WEST LLC (formerly
8  known and sued as AutoZone West, Inc.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING REQUEST FOR CONTINUANCE OF HEARING DATES

1  IT IS HEREBY ORDERED, upon review of the Stipulation of the Parties filed herewith and for good cause shown:

1. Plaintiff's Opposition to the Motion to Compel Arbitration shall be filed on January 22, 2016.

2. Defendants' Reply to the Motion to Compel Arbitration is due on January 29, 2016.

3. Defendants' Motion to Compel Arbitration will be heard on February 12, 2016 at 10:00 a.m.

IT IS SO ORDERED.

DATED: 12/15/2015

The Honorable Charles R. Breyer
United States District Judge

[PROPOSED] ORDER GRANTING REQUEST FOR CONTINUANCE OF HEARING DATES